**1357** PRINGLE vs. SUPERVISOR (Summerfield), No. 14481½.

To compel respondent to include in the tax roll of School District No. 3, of said township, an amount sufficient to pay an order

issued by said district, it appearing that said school district "has been disorganized."

Order to show cause denied October 30, 1894.